## ANN ACKERMAN v. JOHN ACKERMAN.

[MEMORANDUM.]

Appeal from Genesee.    Submitted October 26, 1880. Decided January 5, 1881..

DIVORCE. Bill dismissed. Complainant appeals. Affirmed.

*Newton & Howard* for complainant.

*E. H. Thompson* for defendant.

MARSTON, C. J.    The decree of the court below dismissing the bill of complaint was unquestionably correct.    The testimony of complainant's witnesses, standing alone, would fall far short of establishing a case sufficient to justify a court in severing the marriage relation between these parties.    The testimony we need not discuss.    Much of it bears no relation to the issue and is disgusting in character.

The decree must be affirmed.

The other Justices concurred.